# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RAPID TEMPS, INC., a New Mexico Corporation**,

    Plaintiff-Appellee,

**v.**                                                                                     **No. 29,312**

**LINDA LAMON,**

    Defendant-Appellant,

**and**

**SYSPROG, INC., a Missouri Corporation,**

    Defendant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Gary L. Clingman, District Judge**

Roger E. Yarbro
Cloudcroft, NM

for Appellee

Martin, Dugan & Martin
W. T. Martin, Jr.
Carlsbad, NM

for Appellant

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Judge**

_____
**ROBERT E. ROBLES, Judge**